Argued July 28, affirmed July 28, petition for rehearing denied August 23, petition for review denied September 19, 1972

STATE OF OREGON, *Respondent, v.* FRANK JOHN ANDERSON (No. 72-01-0152), *Appellant.*

498 P2d 834

*Tyler Marshall,* Portland, argued the cause for appellant. With him on the brief were Tamblyn, Bouneff, McLennan, Muller, Marshall & Hawkes, Portland.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.